UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William Hugh Collington
1430 Saratoga Ave., N.E. #5
Washington,D.C. 20018
(202) 635-4158

Plantiff

CASE NUMBER 1:05CV02425
JUDGE: Gladys Kessler
DECK TYPE: Civil Rights (non-employme
DATE STAMP: 12/19/2005

JURY ACTION

V

Andrew Smith
United States Marshall Servi
Department of Justice
Hazardous Respnse Unit
950 Pennsylvania Ave.,N.W.
Washington, D.C. 20018

COMPLAINT

MARSHALL"S USING "KNOCK-AND-TALK" ROUTINE,TERRY "FRISK" WALKING, APPROACHES MY APARTMENT WITH UNKNOWN BODY WARRANT. RESIDENT MANAGER,PAYNE WAS SHOWN NO LEGAL REASONS, SHE REMOVED HERSELF FROM THE HALLWAY WHILE MARSHALL'S HELD THEIR HAND OVER PEEP-HOLE. I CAMCORDED AND CASSETTE TAPED U.S. MARSHALLS ENTRY WHILE TALKING TO ATTORNEY GLADYS WITHERSPOON ON PHONE. LYNNE MILLARD AND I WERE ABUSIVELY HANDCUFFED, PEPPER-SPRAYED AND DETAINED IN LIVINGROOM AS MARSHALLS SEARCHED MY HOUSE, AND TOOK ALL OF MY TAPES AS THEY EXIT MY RESIDENCE. I REQUEST A TWELVE-PERSON JURY TRIAL. IS MY HOMELAND SECURE?

MARYLAND-V-BUIE,494 U.S. 325, 110 S.CT. 1093 (1990)

MICHIGAN-V-SUMMERS, 452 U.S. 692, 101 S.CT. 2581 (1981)

Wherefore, Plantiff demands judgement against Defendant in sum of $1,000,000 for LEGAL FEES, PERSONAL INJURY,and PERSONAL PROPERTY.

William Collington
WILLIAM HUGH COLLINGOTN
1430 SARATOGA AVE.,N.E. # 5
WASHINGTON, D.C. 20018

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: U.S. Marshal Service
(Specific law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

AFFIDAVIT, herewith attached, having been made before me by Andrew C. Smith, Deputy U.S. Marshal that he has probable cause to believe that on the premises known as 1430 Saratoga Street, N.E. Apartment #5, Washington, D.C. as described more fully in the Affidavit in Support of a D.C. Superior Court Search Warrant which is incorporated herein by reference in the District of Columbia, there is now being concealed a person wanted by law enformcement, namely Terry Lamont Walker ;

WHICH IS evidence of a crime and as I am satisfied that there is probable cause to believe that the person wanted by law enforcement so described is being concealed on the above designated premises and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated premises for the property specified, and if the property be found there

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return, and to file a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this 1st day of Dec., ~~19~~ 2005 R. Walton
Judge, Superior Court of the District of Columbia

## RETURN

I received the above warrant on 12/1/05, 19____ and have executed it as follows: On 12/1, ~~19~~ 2005 at 12:2 M., I searched the premises described in the warrant and I left a copy of the warrant and return with William Collington properly posted.
(name of the person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:

— None —

This inventory was made in the presence of William Collington

I swear that this is a true and detailed account of all property taken by me under this warrant.

Andrew C Smith
Executing Officer

Subscribed and sworn to before me this ________ day of ________________, 19____

Judge, Superior Court of the District of Columbia

Form CD(17)-1055/Mar. 89

**Providence Hospital**
**Emergency Department,**
**Washington, DC**
**2022697001**

**Patient:** COLLINGTON, WILLIAM N
**Date:** 02-Dec-2005
**Physician:** Monique V. Ofwono, PAC

## General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing care. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day.

You were treated in the Emergency Department by:
Monique V. Ofwono, PAC

Your diagnosis is
Primary Diagnosis: Pain - joint, shoulder
Secondary Diagnosis: Strain - groin
Tertiary Diagnosis:

What to do:

- Follow the instructions on the additional sheets you were given:
  Shoulder Immobilizer - English
  Shoulder Pain - English
  Strains/sprains - English
  Work/School Note:
- Please call as soon as possible to make an appointment:
  Disposition - Discharge from ED: The patient is discharged to home . Patient's condition is stable . The patient is to follow-up with follow-up *Orthopedics, and Marc Rankin, MD (202) 526-7031 in 1-2 week(s) if not well

Suite
3/2
Dapaul

- Take this sheet with you when you go to your follow-up visit.
- If you have any problem arranging the follow-up visit, contact the Emergency Department immediately.
- Take all medications as directed.

Studies done in the Emergency Department:

Catorgy ER diag rad; Exam: ER shoulder, complete; Location: Right; Reason Trauma



1096903

PROVIDENCE HOSPITAL
1150 Varnum Street, N.E.
Washington, DC 20017

DEA # AT 2316479

DC PROVIDER #0300060

NAME: COLLINGTON, WILLIAM DATE: 12/2/05

ADDRESS: AGE:

℞

Flexeril 10mg; Fifteen (15); Take one by mouth every eight hours as needed for muscle spasm CAUTION: May cause drowsiness

REFILL Ø

M. Ofwono PAC M.D.

DEA NO. PHYSICIAN Monique V Ofwono PAC
(PRINT OR TYPE NAME ON THIS LINE)

The DC Pharmacy Board regulation requires the physicians name to be printed or otherwise recognizable on this form before the pharmacist dispenses medication.

884-767800 (8/01)



DC/MC 70284114

1096904

PROVIDENCE HOSPITAL
1150 Varnum Street NE
Washington DC 20017

DEA # AT 2316479

DC PROVIDER #0300060

NAME: COLLINGTON, WILLIAM

DATE: 12/2/05

ADDRESS: 1430 Saratoga Ave NE #S

AGE: 7/26/49

2/635-4158

℞

Motrin 800mg; Twenty (20); Take one every eight hours

REFILL Ø

M. Ofwono PAC M.D.

DEA NO. ____ PHYSICIAN Monique V Ofwono, PAC
(PRINT OR TYPE NAME ON THIS LINE)

884-767800 (8/01)

The DC Pharmacy Board regulation requires the physicians name to be printed or otherwise recognizable on this form before the pharmacist dispenses medication.

12/11

CO COLLINGTON, WILLIAM .

04957 01199872
NEW RX
PATIENT PAYS: $15.99
DOB:07/28/1949

12/11

CO COLLINGTON, WILLIAM .

**Rite** ADVICE®

# You want information about your prescription.

We give it to you in writing.

RITE AID
DENNY
PHARMACIST

When taking any medication, you should know exactly what to expect. That's why we include Rite Advice with every prescription. It's written information on dosage, side effects, potential drug interactions and more. If you have questions after reading this, please talk to your Rite Aid Pharmacist or your physician.

RITE AID PHARMACY With us, it's personal.

12/11

CO COLLINGTON, WILLIAM .

04957 0199871
NEW RX
PATIENT PAYS: $9.99
DOB:07/26/1949

**Rite** ADVICE®

# You want information about your prescription.

We give it to you in writing.

RITE AID
DENNY
PHARMACIST

When taking any medication, you should know exactly what to expect. That's why we include Rite Advice with every prescription. It's written information on dosage, side effects, potential drug interactions and more. If you have questions after reading this, please talk to your Rite Aid Pharmacist or your physician.

RITE
AID
PHARMACY

With us, it's personal.

12/11

CO COLLINGTON, WILLIAM .

**PROVIDENCE HOSPITAL**
**DEPARTMENT OF EMERGENCY MEDICINE**
**WASHINGTON, DC**
**202-269-7001**

Patient Name: COLLINGTON, WILLIAM N Date: 02-Dec-2005

THE ABOVE NAMED PATIENT WAS SEEN IN THE EMERGENCY DEPARTMENT AT PROVIDENCE HOSPITAL ON THE ABOVE DATE. THE PATIENT SHOULD:

---

**This section to be completed by attending physician, nurse practitioner or physician assistant:**

[] RETURN TO WORK/SCHOOL NOW

[x] NOT WORK/SCHOOL FOR: 3 DAYS

[x] WHICH COVERS THE FOLLOWING DATES:12/02/05-12/04/05

[] SEE A PHYSICIAN FOR FOLLOW UP IN: 1 2 3 4 5 DAYS

Monique Ofwono PAC

M. Ofwono PAC

**Physician/NP/PAC**

**Providence Hospital**
**Emergency Department,**
**Washington, DC**
**2022697001**

Patient: COLLINGTON, WILLIAM N
Physician: Monique V. Ofwono, PAC

MR#: 571-898
Acct #: 00506160209
DOB: 7/26/1949

---

SHOULDER PAIN:

Your exam shows your shoulder pain is due to either tendinitis, bursitis, or an injury to the tendons that surround the joint (the rotator cuff). All these conditions cause pain and inability to move the shoulder; they can also lead to a "frozen" immobile shoulder if they are not treated properly. The treatment of these related problems is similar:

* Rest the shoulder and avoid any painful movements for the next week. Use a sling for comfort if needed for up to one week.
* Apply ice packs every few hours to the shoulder for 2-3 days; then begin heat treatments to improve motion when the pain is better.
* Oral medicine to reduce inflammation and pain is very helpful.
* Cortisone-like medicine injected into the bursa or around the inflammed tendon can also bring prompt relief.

Shoulder rehabilitation exercises are important in preventing a frozen joint. When your pain improves you should bend forward and gently swing your arm like a pendulum 3-4 times daily to help restore motion. Please see your doctor for further care as advised. Rarely shoulder pain is caused by heart problems; call your doctor, 911, or the emergency room right away if you have severe chest pain, weakness, sweating, breathing difficulty, or nausea.

<PtSig>
Patient Signature

<RepSig>
Representative Signature

<StaffSig>
Staff Signature

Date/Time: 02-Dec-2005 15:14