USDC
FOR DC

WM. H. COLLINGTON

vs

ANDREW SMITH,
USM

05-2425 GK

**Receipt 1**
1. Article Addressed to:
U.S. Attorney General

**Receipt 2**
1. Article Addressed to:
U.S. Attorney For the

**Receipt 3**
1. Article Addressed to:
Andrew Smith
U.S. Marshall Service
Department of Justice,
Hazardous Response Unit
950 Pennsylvania Ave N.W.
Washington, D.C. 20530

05-2425 GK

3. Service Type: ☒ Certified Mail

2. Article Number: 7003 3110 0006 4760 5241

PS Form 3811, August 2001   Domestic Return Receipt

RECEIVED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT