UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HUGH COLLINGTON, ) | |
| ) | |
| <u>Pro se</u> Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05CV2425 (GK) |
| ) | |
| ANDREW SMITH ) | |
| UNITED STATES MARSHALS SERVICE ) | |
| DEPARTMENT OF JUSTICE ) | |
| HAZARDOUS RESPONSE UNIT ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is this \_\_\_ day of _____, 2006, hereby

ORDERED, that Defendants' motion to dismiss is hereby GRANTED; and it is

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies of this Order to</u>:

Karen L. Melnik
Assistant U.S. Attorney
Judiciary Building
555 Fourth Street, N.W., Rm. E-4112
Washington, D.C.  20530

William Hugh Collington
1430 Saratoga Ave., N.E. #5
Washington, D.C.  20018