# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HUGH COLLINGTON, )<br>)<br>Pro se Plaintiff, )<br>)<br>v.   )<br>)<br>ANDREW SMITH )<br>UNITED STATES MARSHALS SERVICE )<br>)<br>Defendants. )<br>_____) | Case No. 05CV02425 (GK) |

## CERTIFICATION

I, R. Craig Lawrence, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in William Hugh Collington v. Andrew Smith, No. 05CV02425 (GK), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Andrew Smith was acting within the scope of his employment as employees of the United States at the time of the alleged incident.

March 6, 2006

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney
Chief, Civil Division