UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HUGH COLLINGTON,<br><br>Pro se Plaintiff,<br><br>v.<br><br>ANDREW SMITH,<br>UNITED STATES MARSHAL SERVICE,<br>DEPARTMENT OF JUSTICE,<br>HAZARDOUS RESPONSE UNIT,<br><br>Defendants. | Case No. 05CV2425 (GK) |

## DECLARATION OF JESSICA BORN

I, Jessica Born, hereby declare that:

1. I am over eighteen years old and competent to testify regarding the matters set forth herein.

2. I am an Associate General Counsel for the Office of General Counsel (OGC), United States Marshals Service ("USMS").

3. The OGC is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the USMS under the Federal Tort Claims Act (FTCA).

4. As a routine business practice, the OGC maintains a record of each such claim. The claims are indexed by claimant.

5. In my capacity as an Associate General Counsel, I have access to the OGC's records concerning the administrative tort claims filed against the USMS pursuant to the FTCA.

6. On February 22, 2006, a search of these records was conducted to determine whether an administrative tort claim was filed against the USMS by or on behalf of plaintiff.

7. To the best of my knowledge, no administrative tort claim has been filed against the USMS by or on behalf of plaintiff.

8. In addition, to the best of my knowledge, the complaint filed by plaintiff in this matter was mailed via certified mail to defendant Deputy U.S. Marshal (DUSM) Andrew Smith at the Department of Justice, Washington, D.C., not his personal residence.

9. The certified mail receipt was signed by Ernest Parker, an individual who works in the Department of Justice mailroom. Mr. Parker is not a USMS employee and is not authorized to accept service of process for DUSM Smith in his individual capacity.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2006.

*Jessica Born*
Jessica Born
Associate General Counsel
United States Marshals Service Headquarters
Washington, D.C. 20530-1000