UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HUGH COLLINGTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 05-2425 (GK) |
| **ANDREW SMITH, U.S. MARSHALS** : | |
| **SERVICE, DEP'T OF JUSTICE** : | |
| : | |
| **Defendant.** : | |
| _____: | |

### ORDER

This matter comes before the Court upon the Defendant's Motion to Dismiss, [#5], filed on March 6, 2006. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED**, that the Plaintiff William Hugh Collington respond to Defendant's Motion to Dismiss no later than **April 6, 2006.** If Plaintiff does not respond, the Court will treat the motion as granted and enter judgment in favor of the Defendant.

March 7, 2006                                              /s/
                                                    Gladys Kessler
                                                    U.S. District Judge


**Copies to**:  **attorneys of record via ECF and**

WILLIAM HUGH COLLINGTON
1430 Saratoga Avenue, NE
Apartment 5
Washington, DC 20018