UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM HUGH COLLINGTON

    Pro se   Plaintiff,


    v.                               Case No. 05CV2425(GK)


ANDREW SMITH
UNITED STATES MARSHALL SERVICE
DEPARTMENT OF JUSTICE
HAZARDOUS RESPONSE UNIT

    Defendants.


PLANTIFF'S MOTION FOR OPPOSITION TO
DEFENDANTS MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION


Plaintiff through 'STARE DECISIS' of Terry 'Frisk' Routine move the court to stay

Plaintiff, William Hugh Collington a.k.a. William Franklin Cave, Motion to Proceed

Jurisprudence and Due Process.  Pursuant to Federal Rule of Civil Procedure

12(b)(1), 12(b)(5), and 12(b)(6).  Plaintiff's complaint stands on: (i) Book of ACTS 25,

Verses 10,11; APOSTLE PAUL, ex-government official and eventually POPE, evoke his

RIGHTS to be judge by a Court of Law in the land of his native birth, i.e., by a jury of his

Peers.  The United States Constitution guarantee of the Sixth Amendment that reflect the

Concept of the 'Natural Law'; (ii) U.S. Marshals searching for fugitive who robbed U.S.

RECEIVED

APR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Financial institutions use unconstitutional TERRY 'Frisk' Knock-and-Talk

Routine. U.S. v. Johnson 170f. 3d 708 (7th Cir 1999), Maryland v. Buie

494 U.S. 325, 110 S.Ct. 1098 (1990); (iii) the illegal seizure of Plaintiff's

Personal Audio and Videotapes by U.S. Marshals that can prove Plaintiff's

Innocent, violates Plaintiff Fourth Amendment Rights; U.S. –v. - Nixon. A

Criminal Tort of Causation, Personal Injury, Trespass of Real and Personal

Property, and Conversion was committed and Plaintiff seeks $1,000,000

One Million Dollars in Punitive and Compensatory Damages; (iv) Plaintiff

Serve as a whole the U.S.Marshals Service Fugitive Warrant Squad, Hazardous

Response Unit under the leadership of Andrew Smith, all five U.S. Marshals

Entered my home; their employer and legal representative was serve sufficient

Service of Process. (SCR-Civ 4(1)(a) and (b). In support of this Motion, Plaintiff

Hereby incorporate the Memorandum of Points and Authorities filed together with

This Motion.

April 5, 2006

Is my Home Secure?

Respectfully Submitted,

WILLIAM HUGH COLLINGTON
Pro Se    Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM HUGH COLLINGTON

Pro Se  Plaintiff,

v.                                    Case No. 05CV2425(GK)

ANDREW SMITH
UNITED STATES MARSHALS SERVICE
DEPARTMENT OF JUSTICE
HAZARDOUS RESPONSE UNIT

Defendants.


PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS


Plaintiff filed a timely complaint as allowed according to the Injuries the Plaintiff

Sustain as the U.S. Marshals Fugitive Warrant Squad Hazardous Response Unit kick-in

Plaintiff's front-door with a body-warrant in search of a fugitive, one, TERRY WALKER

Unknown to the Plaintiff and never was fugitive listed on Plaintiff Residence Lease.

How the 57 years old semi-retired cement finisher Plaintiffs' home was pick-out for

Search points to the unconstitutional TERRY 'Frisk' "KNOCK-AND-TALK ROUTINE

The Fourth Amendment prohibits;   STARE DECISIS

Plaintiff front door was kick-in, Plaintiff was thrown to the floor from the sofa,

Handcuff and the handcuffs step-down upon, head snap-back and then pepper-sprayed

My sister, Ms. Lynn Millard was thrown to the floor and also handcuff. Plaintiff

Sustain Injuries as Plaintiff Camcorder dated on the day the search incident

Occurred can testify of Plaintiff's body injuries also Dr. Marc Rankin can

Testify of Plaintiff's injuries; copy of receipts of prescribed drugs and their

Cost is attached:

## FACTS

On December 1, 2005 five(5) members of the United States Marshals

Fugitive Warrant Squad, Hazardous Response Unit under the leadership

Andrew Smith knock-on Plaintiff's front door about 9:00 clock a.m. that

Morning of December1, 2005. Plaintiff answered voices of men on the

Other side of the door saying they were U.S.Marshals Fugitive Warrant

Squad looking for Fugitive TERRY WALKER. I the Plaintiff look out

The peephole and there was someone finger over the peephole so Plaintiff

Said "Slide the warrant under the door"; the Marshals refused, so Plaintiff

Said "if my name or address is on the warrant I would voluntary open the

Door" also that if any illegal activities go on in my resident unit the landlord

Has the legal right to open my door if legally justified". U.S. Marshals refuse

To slide warrant under the door for plaintiff to see so Plaintiff refuse to open

His door. One hour pass and then the resident manager Ms. Payne came into the

Hallway and look at the fugitive body warrant and DID NOT OPEN the door

For the U.S.Marshals. I look-out the front window and saw a black truck

Leave (2) hours later return with a warrant with my address but not my name.

Before entering the plaintiff's resident the plaintiff was instructed by the

U.S.Marshals on the other side of the door in the hall, To Call Attorney

Gladys Witherspoon, the attorney's phone number was given to the

Plaintiff by the U.S. Marshals to call, before they entered plaintiff's

Residence. As I the Plaintiff talk to Attorney Gladys Witherspoon on

The phone, I the Plaintiff informed Atty. Witherspoon and the Resident

Manager Ms. Payne, standing in the hall that I was Video Camcord

And cassette audio recording the whole event as it occur. The U.S. Marshals

Kick my door in as I spoke on the phone with attorney Witherspoon holding

In my other hand the cassette recorder.  My sister, Lynn Millard  was

Sitting on the sofa beside me the plaintiff with a video Camcord

Recording the moment the Marshals came through the front door.

I the Plaintiff shouted "You come in my house like the Gestoppo".

Then the blue-eyed, blond hair, bow-leg  U.S. Marshal said."Don't

You know 'I am the Klu Klux Klan ".  I the Plaintiff shouted  to my

Sister keep camcording and don't move from the sofa, let them do

Their job, It's only a body warrant and they won't find a body here

And don't disrespect nothing."  The blue-eyed,blond-hair, bow-legg

Marshal threw me,Plaintiff on the floor , handcuff me then step-down hard

On  the handcuffs making me lean back the same Marshal grab my

Chin and sprayed pepper-spray in Plaintiff face.  My sister 50 years

Old was told her to lay on the floor as they handcuff her also.

The U.S.Marshals search my house as the two black Marshals stood

By the door, one of them with a AK-47 Rifle the others search my

House . I,the Plaintiff, handcuffed eyes and skin burning with pepper-spray

Was lifted from the floor to my sofa, the  Latino Marshals turn my

Electric Fan on,to blow in my eyes while he pour water in my eyes and on my skin.

The blue-eye,blond hair, bow-leg Marshal said "he would drag me outside like the

Scarsborough Boys and shoot me and sodomize me in front of everybody outside like the

Scottsboro Boys". I DON'T KNOW THAT MARSHAL'S NAME BUT HE ALONE

(BLUE-EYE,BLOND HAIR,BOW-LEG) was over rude, unprofessional and was

using racist remarks during the house search.  Marshal Andrew Smith instructed the

Latino Marshal to release one hand from the cuffs so I the Plaintiff could Sign The

Paper so they could leave, and after signing they release my other hand from the

handcuffs and was about to leave my residence when the Marshal took my Camcorder

and cassette tape recorder tapes, that recorder the whole back and forth conversation

in the hall,on the phone with Atty. Witherspoon and the Initial kick-in the door incident.

As the Marshals was leaving my residence they informed me that some skinny black

woman and a short-stout black man standing on the street of Downing Street, N.E.

(Known drug area), one block over from my street, pointed my house out to them

saying "Terry Walker be around or stay at my house"  The U.S. Marshals admitted

themselves that these neighborhood informants was their source of knocking on my door

to look for fugitive Terry Walker. DID THE MARSHALS ADMIT TO USING THE

UNCONSTITUTIONAL TERRY 'Frisk' WALKING, KNOCK-AND-TALK ROUTINE

THE FOURTH AMENDMENT PROHIBITS.  Since the Original Search Warrant

DID NOT Have my address or name on the fugitive body warrant.  "STARE DECISIS'

Maryland v. Buie 494 u.s.325,110 S.Ct. 1093 (1990)

Biven v. U.S.    403 u.s. 388 (1971)

ANDY WARHOL v. U.S.

These are only cases that may be relevant to the defense of my case .

## FACT II

Causation
Personal Injury             Dr. Marc Rankin
Trespass of Personalty      Homemade studio music for profit to listen to
                            Homemade sex movie of self to look at
Trespass of Personal Property
                            Illegal Search and Seizure
Conversion                  Hi-8 Video tape - Mini cassette tape Plaintiff paid for

Since the U.S.Constitution and U.S. Human Rights Bill reflect the concept of the

Natural Law (the differance between right and wrong) I can more than assume that

a Tort has been committed.

Plaintiff seeks $1,000,000 million dollars punitive and compensatory damages for

Personal Injury and Medical Expense incurred by Plaintiff due to the Incident with

the U.S. Marshal Service.

I DID NOT KNOW THE FUGITIVE AND HE DID NOT EVER LIVE AT MY

ADDRESS.  NOW IF THE U.S. MARSHALS' CAN ASK FOR INFORMATION

ON THE STREET.  HOW CAN GO MYSELF AND ASK ABOUT THE FUIGITVE

AND EVERYBODY WHERE THE MARSHALS GOT THEIR INFORMATION

SAID THAT " THE FUGITIVE WORK FOR POHANK MOTORS AND POSESS

A DRIVER LICENSE , LIVES WITH A CALICO SKIN WIFE AND TWO CHILDREN

AROUND THE CORNER FROM Mr. COLLINGTON AND THE MARSHALS

NEVER KICK-IN FUGITIVE TERRY WALKER HOME RESIDENCE DOOR OR
ASK HIS WIFE OR CHILDREN FOR INFORMATION TO THIS VERY DAY.??

I AM NOT GOING TO DO THE JOB THE MARSHALS ARE PAID TO DO,
BUT I GOT THAT MUCH INFORMATION FROM THE AREA THE MARSHALS
GOT THEIR INFORMATION. HOW THE MARSHALS NEVER CHECK MDV
FOR PROOF OF I.D. OR HOME ADDRESS IS SHOOKING TO THE PLAINTIFF.

## FACT III

The five member Fugitive Warrant Squad Hazardous Response Unit was acting in the
scope of their employment (right or wrong) as employees of the federal government
is liable in this case for monatary damages according to FTCA regulation 28 u.s.c. #
1346; see also Cope v. Scott;45 f, 3d 445, 447(D.C.Cir.1995). SO SUFFICIENT
SERVICE OF PROCESS WAS SERVE UPON LEGAL REPRESENTATIVE OF
EMPLOYER OF STATED GOVERNMENT EMPLOYEES INVOLVED IN THIS
CASE.

I THE PLAINTIFF ASK FOR 12-PERSON JURY TRAIL OF MY PEERS TO
TO JUDGE ME IN THIS MATTER. IS MY HOME SECURE???

Respectfully Submitted,

William Hugh Collington a.k.a.
William Franklin Cave
PRO - SE
1430 Saratoga Ave., N.E. #5 Washington,D.C. 20018

# CERTIFICATE OF SERVICE

I, William Hugh Collington HAVE MAILED

OR WILL MAIL A COPY OF this MOTION

TO ANDREW Smith
U.S. Marshal Fugitive Warrant Squad
HAZARDOUS RESPONSE Unit
950 PENNSLYVANNIA AVENUE, N.W 20530
Department of Justice


Copies to: Attorneys of Record via ECF AND

Clerk of the Court
U.S. Attorney
Andrew Smith - U.S. Marshal