United States District Court
For the District of Columbia

William Hugh Collington

Pro Se

-V-

05CV2425 GK

Andrew Smith
U.S. Marshall Service
Hazardous Response Unit
U.S. Justice Department
555 4th Street, N.W.
Washington, D.C. 20530

AFFIDAVIT OF SERVICE

I, William Hugh Collington Plaintiff did send to Defendants by Certified Mail copies of Motion in Opposition to Defendants Motion to Dismiss and Plantiffs' Memorandum of Points and Authorities.

RECEIVED
APR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William Hugh Collington
1430 Saratoga Ave, N.E. #5
Washington, D.C. 20018
Pro-Se

