WILLIAM COLLINGTON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


WILLIAM COLLINGTON
    Pro Se


    vs                                  05-cv2425  GK


ANDREW SMITH
U.S.MARSHALL SERVICE
HAZARDOUS RESPONSE UNIT
U.S.JUSTICE DEPARTMENT


PLAINTIFF'S NOTICE OF FILING


Plaintif ADMIT the taking from Plaintiff's private residence a sex tape of Plaintiff nude having sex with a consenting women assisted by my nephew, also Plaintiff's cassette tape of Music invented and created by Plaintiff was also taking.

PLAINTIFF ADMIT THAT A ERROR WAS MADE BY FURTHER FORGETTING TO ATTACH

"DR. Marc Rankin can testify to my personal injurires, receipts of prescribed drugs and their cost is attached:"  PAGE 2, OF 'PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES MOTION.

INTRINSIC HAVE PLAINTIFF ASK THE AMERICAN, U.S.A. JUSTICE SYSTEM FOR 'DUE PROCESS'.

MOST SINCERE,  WILLIAM HUGH COLLINGTON   A.K.A.   WILLIAM FRANKLIN CAVE

CAVE   v. FEDERAL GOVERNMENT     CASE#97-cv-3112
COLLINGTON   v. VICTORY VAN LINES     Honorable Ronald Goodbread
    CASE#19756-01                Plaintiff adwarded 80 million
  D.C.SUPERIOR COURt           dollars from defendants bank account


*William H. Collington A.K.A. William F. Cave* (signature)

1430 Saratoga Ave.,N.E.  #5
Washington, D.C. 20018
(202) 635-4158
PRO-SE

RECEIVED
APR 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

Case 1:05-cv-02425-CKK Document 1-6 Filed 04/27/2006 Page 2 of 8

# Questions? Ask your Rite Aid Pharmacist.

**MEDICATION**
IBUPROFEN 800 MG TABLET

**DIRECTION**
TAKE 1 TABLET BY MOUTH EVERY 8 HOURS

**IMPORTANT NOTE**
THE FOLLOWING INFORMATION IS INTENDED TO SUPPLEMENT, NOT SUBSTITUTE FOR, THE EXPERTISE AND JUDGMENT OF YOUR PHYSICIAN, PHARMACIST OR OTHER HEALTHCARE PROFESSIONAL. IT SHOULD NOT BE CONSTRUED TO INDICATE THAT USE OF THE DRUG IS SAFE, APPROPRIATE, OR EFFECTIVE FOR YOU. CONSULT YOUR HEALTHCARE PROFESSIONAL BEFORE USING THIS DRUG.

IBUPROFEN - ORAL (eye-byou-PRO-fen)

**COMMON BRAND NAME(S)**
Advil, Motrin, Nuprin

**WARNING**
This drug may infrequently cause serious (rarely fatal) bleeding from the stomach or intestines. Also, related drugs rarely have caused blood clots to form, resulting in heart attacks and strokes. This medication might also rarely cause similar problems. Talk to your doctor or pharmacist about the benefits and risks of treatment, as well as other possible medication choices. If you notice any of the following rare but very serious side effects, stop taking ibuprofen and seek immediate medical attention: black stools, persistent stomach/abdominal pain, vomit that looks like coffee grounds, chest pain, weakness on one side of the body, sudden vision changes, slurred speech.

**USES**
Ibuprofen is a nonsteroidal anti-inflammatory drug (NSAID), which relieves pain and swelling (inflammation). It is used to treat headaches, muscle aches, backaches, dental pain, menstrual cramps, arthritis, or athletic injuries. This medication is also used to reduce fever and to relieve minor aches and pain due to the common cold or flu. This drug works by blocking the enzyme in your body that makes prostaglandins. Decreasing prostaglandins helps to reduce pain, swelling, and fever.

**HOW TO USE**
Read the Medication Guide provided by your pharmacist before you start using ibuprofen and each time you get a refill. If you have any questions regarding the information, consult your doctor or pharmacist. Take this medication by mouth with a full glass (8 oz or 240 ml) of water unless your doctor directs you otherwise. Do not lie down for at least 30 minutes after taking this drug. If stomach upset occurs while taking this medication, take it with food, milk, or an antacid. The dosage is based on your medical condition and response to therapy. If repeat doses are needed, they are usually given 6 or 8 hours apart, or as directed by your doctor. When ibuprofen is used in children, the dose is based on your child's weight. Read the product instructions to find the appropriate dose for your child's weight. Consult the pharmacist or doctor if you have questions or if you need help in choosing the appropriate dosage form. In certain conditions (e.g., arthritis), it may take up to two weeks, taken regularly, before the full benefits of this drug take effect. If you are taking this drug on an "as needed" basis (not on a regular schedule),

remember that pain medications work best if they are used as the first signs of pain occur. If you wait until the pain has significantly worsened, the medicine may not work as well. If you use this medication for migraine headache, and the pain is not relieved or worsens after the first dose, or giving this medication to a child for undiagnosed fever or pain, consult your doctor immediately. For nonprescription ibuprofen products: If you are treating yourself or giving this medication to a child for undiagnosed fever or pain, consult the doctor immediately if symptoms do not improve within 24 hours, worsen or last for more than 3 days, or if new symptoms appear. Do not increase your dose or take it more frequently than recommended because this may increase the chance of stomach bleeding.

**SIDE EFFECTS**
Upset stomach, nausea, vomiting, heartburn, headache, diarrhea, constipation, drowsiness, and dizziness may occur. If any of these effects persist or worsen, notify your doctor or pharmacist promptly. Remember that your doctor has prescribed this medication because the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor immediately if any of these serious side effects occur: stomach pain, swelling of the hands or feet, sudden or unexplained weight gain, ringing in the ears (tinnitus). Tell your doctor immediately if any of these unlikely but serious side effects occur: vision changes, rapid or pounding heartbeat, easy bruising or bleeding, difficult/painful swallowing. Tell your doctor immediately if any of these highly unlikely but very serious side effects occur: change in amount of urine, severe headache, very stiff neck, mental/mood changes, persistent sore throat or fever. This drug may rarely cause serious (possibly fatal) liver disease. If you notice any of the following highly unlikely but very serious side effects, stop taking ibuprofen and consult your doctor or pharmacist immediately: yellowing eyes and skin, dark urine, unusual/extreme tiredness. An allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include: rash, itching, swelling, severe dizziness, trouble breathing. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS**
Before taking ibuprofen, tell your doctor or pharmacist if you are allergic to it; or to aspirin or other NSAIDs (e.g., naproxen, celecoxib); or if you have any other allergies. This medication should not be used if you have certain medical conditions. Before using this medicine, consult your doctor or pharmacist if you have: severe kidney disease, aspirin-sensitive asthma (a history of worsening breathing with runny/stuffy nose after taking aspirin or other NSAIDs), recent heart bypass surgery (CABG). Before using this medication, tell your doctor or pharmacist your medical history, especially of: kidney disease, liver disease, poorly controlled diabetes, stomach/intestinal problems (e.g., bleeding, ulcers), heart disease (e.g., congestive heart failure, history of heart attack), high blood pressure, stroke, swelling (edema, fluid retention), dehydration, blood disorders (e.g., anemia), bleeding or clotting problems, asthma, growths in the nose (nasal polyps), history of an allergic reaction with symptoms of lip/tongue/throat swelling (angioedema), any allergies in addition to those listed above. This drug may make you dizzy or drowsy; use caution engaging in activities requiring alertness such as driving or using machinery. Limit alcoholic beverages. This medicine may cause stomach bleeding. Daily use of alcohol and tobacco, especially when combined with this medicine, may increase your risk for stomach bleeding. Consult your doctor or pharmacist for more information. This medication may make you more sensitive to the sun. Avoid prolonged sun exposure, tanning booths or sunlamps. Use a sunscreen and wear protective clothing when outdoors. Caution is advised when using this drug in the elderly because they may be more sensitive to the side effects of the drug, especially stomach bleeding and kidney effects. This medication should be used only when clearly needed during pregnancy. It is not recommended for use during the last 3 months of pregnancy due to the potential for harm to an unborn baby and interference with normal labor/delivery. Discuss the risks and benefits with your doctor. This medication passes into breast milk. While there have been no reports of harm to nursing infants, consult your doctor before breast-feeding.



You can refill your prescription when it's convenient for you. **Refills by Phone.** Call the number on your prescription bottle and follow the automated instructions. **Internet Refills.** Order online at www.RiteAid.com.

Rite ADVICE®
PAGE 1 OF 2    ORDER NO. 460574

RITE AID PHARMACY # 4957  (202) 636-3648
1401 RHODE ISLAND AVENUE  Store DEA: BR6048967
                                RPH: OUI
WASHINGTON DC 20018

**Rx 04957 0199872**  Date Filled: 12/11/2005

**COLLINGTON, WILLIAM**  (202) 635-4158
Date of Birth:  07/26/1949
1430 SARATOGA AVE NE
WASHINGTON DC 20018

**CYCLOBENZAPRINE 10 MG TABLET**  DAW:
NDC: 50111-0563-01   QTY: 15   DAYS SUPPLY:

**MONIQUE OFWONO MD**
1150 VARNUM ST NE
WASHINGTON DC 20017

**NO REFILLS LEFT**

CASH

PAY :  $15.99

**MEDICATION WARNINGS**

MAY CAUSE DROWSINESS. ALCOHOL MAY
INTENSIFY THIS EFFECT; USE CARE WHEN
OPERATING A CAR OR DANGEROUS MACHINES

MAY CAUSE DIZZINESS

Price may not include...register receipt for actual amount paid

**Ask your Rite Aid Pharmacist.**

...al aid. This information does not
...r interactions of this medicine.
...dual problems.

...t for you. **Refills by Phone.** Call the number on your
...ctions. **Internet Refills.** Order online at www.RiteAid.com.

Rite ADVICE®   PAGE 2 OF 2   ORDER NO. 460574

Providence Hospital
Emergency Department,
Washington, DC
2022697001

Patient: COLLINGTON, WILLIAM N
Date: 02-Dec-2005
Physician: Monique V. Ofwono, PAC

## General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing care. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day.

You were treated in the Emergency Department by:
Monique V. Ofwono, PAC

Your diagnosis is
Primary Diagnosis: Pain - joint, shoulder
Secondary Diagnosis: Strain - groin
Tertiary Diagnosis:

What to do:  *suite 312 DePaul*
- Follow the instructions on the additional sheets you were given:
    Shoulder Immobilizer - English
    Shoulder Pain - English
    Strains/sprains - English
    Work/School Note:
- Please call as soon as possible to make an appointment:
    Disposition - Discharge from ED: The patient is discharged to home. Patient's condition is stable. The patient is to follow-up with follow-up *Orthopedics, and Marc Rankin, MD (202) 526-7031 in 1-2 week(s) if not well
- Take this sheet with you when you go to your follow-up visit.
- If you have any problem arranging the follow-up visit, contact the Emergency Department immediately.
- Take all medications as directed.

Studies done in the Emergency Department:

Catorgy ER diag rad; Exam: ER shoulder, complete; Location: Right; Reason: Trauma

PROVIDENCE HOSPITAL
DEPARTMENT OF EMERGENCY MEDICINE
WASHINGTON, DC
202-269-7001

Date: 02-Dec-2005

Patient Name:   COLLINGTON, WILLIAM N

THE ABOVE NAMED PATIENT WAS SEEN IN THE EMERGENCY DEPARTMENT AT PROVIDENCE HOSPITAL ON THE ABOVE DATE. THE PATIENT SHOULD:

This section to be completed by attending physician, nurse practitioner or physician assistant:

[ ]   RETURN TO WORK/SCHOOL NOW

[x]   NOT WORK/SCHOOL FOR:   3   DAYS

[x]   WHICH COVERS THE FOLLOWING DATES: 12/02/05-12/04/05

[ ]   SEE A PHYSICIAN FOR FOLLOW UP IN: 1 2 3 4 5 DAYS

Monique Ofwono PAC
*M. Ofwono PAC*
Physician/NP/PAC

# RANKIN ORTHOPAEDIC & SPORTS MEDICINE CENTER

1160 Varnum St. NE, Suite 312 | DePaul Professional Building | Washington, DC 20017 | (202) 526-7031 | (202) 529-8711 Fax

E. Anthony Rankin, MD
Adult Reconstructive Surgery
Hand Surgery

Marc E. Rankin, MD
Sports Medicine
Adult Reconstructive Surgery

Craig M. Thomas, MD
Adult Reconstructive Surgery
Sports Medicine

## DISABILITY CERTIFICATE

Date: 12/8/05

This is to certify that Mr. William Collington has been under my professional care and was totally/ partially incapacitated from 12/8/05 to present.

As of 12/8/05 he/she is

✓ Still unable to return to work/school

___ Sufficiently recovered to resume a normal workload

___ Sufficiently recovered to return to work/school with the following limitations:

He must receive physical therapy for range of motion and strengthening. He will be able to return to work on Jan 2, 2005

_____    _____    _____
Edward A Rankin, MD.              Marc E. Rankin, MD.                Craig M. Thomas, MD.

# PHYSICAL THERAPY
## Patient Thirty-Day Treatment plan

Date: 12/8/05   Patient: William Collington

Address: _____

Phone (home): _____ Phone (work): _____

Diagnosis: Bilateral wrist sprains + (R) shoulder contusion

Short-term Goal: ROM

Long-term Goal: Grip strengthening

Prognosis: Excellent

**Modalities and/or procedures prescribed for this patient:**

- ___ Electric Stimulation
- ___ Ultrasound
- ___ Phonophoresis
- ___ Iontophoresis
- ___ Traction
- ___ TENS
- ___ Whirlpool
- ___ Fluorimethane Spray/Stretch
- ___ Hot/Cold Packs
- ✓ Paraffin
- ✓ Range of Motion
- ___ Home Visit Physical Therapy
- ___ Speech Therapy
- ___ Isokinetic/Evaluation
- ___ Prosthetic/Orthotic
- ___ Massage

- ___ Gait Training
- ___ Exercise, Isokenetic
- ✓ Exercise, Therapeutic
- ✓ Joint Mobilization
- ___ Stretching
- ___ Cane/Walker/Crutches
- ___ Home Traction Kit
- ___ Home Exercise Kit
- ___ Home Electronic Fomentation Pad
- ___ Pillow, Therapeutic, Cervical/Lumbar
- ___ Custom Molded Lumbar Support
- ___ TENS Rental/Purchase
- ___ Hand Putty
- ___ Foot Orthotics
- ___ Other: _____

Precautions/Special Instructions: ___ All modes gentle.

Prescribed therapy sessions are to be scheduled three times each week, and are to continued for __8__ week
Patient is to return for a follow-up visit with physician within 30 days for evaluation and updating of treatment plan.

## CERTIFICATION OF PHYSICIAN

It is my professional opinion that the treatment prescribed above is appropriated and medically necessary for the patient.

_____ Examining Physician       Date: 12/8/05

**Providence Hospital
Emergency Department,
Washington, DC
2022697001**

Patient: COLLINGTON, WILLIAM N
Physician: Monique V. Ofwono, PAC

MR#: 571-898
Acct #: 00506160209
DOB: 7/26/1949

### SHOULDER PAIN:

Your exam shows your shoulder pain is due to either tendinitis, bursitis, or an injury to the tendons that surround the joint (the rotator cuff). All these conditions cause pain and inability to move the shoulder; they can also lead to a "frozen" immobile shoulder if they are not treated properly. The treatment of these related problems is similar:
* Rest the shoulder and avoid any painful movements for the next week. Use a sling for comfort if needed for up to one week.
* Apply ice packs every few hours to the shoulder for 2-3 days; then begin heat treatments to improve motion when the pain is better.
* Oral medicine to reduce inflammation and pain is very helpful.
* Cortisone-like medicine injected into the bursa or around the inflamed tendon can also bring prompt relief.

Shoulder rehabilitation exercises are important in preventing a frozen joint. When your pain improves you should bend forward and gently swing your arm like a pendulum 3-4 times daily to help restore motion. Please see your doctor for further care as advised. Rarely shoulder pain is caused by heart problems; call your doctor, 911, or the emergency room right away if you have severe chest pain, weakness, sweating, breathing difficulty, or nausea.

&lt;PtSig&gt;
_____
Patient Signature

&lt;RepSig&gt;
_____
Representative Signature

&lt;StaffSig&gt;
_____
Staff Signature

Date/Time:   02-Dec-2005 15:14

Page 1 of 1