UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **William Hugh Collington,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-2425 (GK) |
| | : | |
| **Andrew Smith,** | : | |
| | : | |
| Defendant. | : | |

### ORDER

Plaintiff William Hugh Collington brings this suit against Defendant Andrew Smith, Deputy United States Marshal, for injuries allegedly suffered during service of a search warrant on December 1, 2005. The case is before the Court on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [#5]. Fed. R. Civ. P. 12(b)(1). Defendant also argues that the case must be dismissed due to Plaintiff's failure to properly serve process on Defendant Smith and due to Plaintiff's failure to state a claim. Fed. R. Civ. P. 12(b)(4),(b)(6).

Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **granted**.

This is a final appealable Order.  See Fed. R. App. 4(a).

December 1, 2006

/s/
GLADYS KESSLER
United States District Judge

**Copies to:** **Attorneys of record via ECF and**

**William Hugh Collington**
**1430 Saratoga Ave., N.E.**
**Apt. #5**
**Washington, D.C. 20018**